UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HAROLD JOE BLACK (#111111)                                CIVIL ACTION

VERSUS

WNC MORVANT, ET AL.                              NO.: 3:13-cv-00019-BAJ-RLB

## RULING AND ORDER

Before the Court is Petitioner's **PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (Doc. 1).** The Magistrate Judge has issued a **REPORT AND RECOMMENDATION (Doc. 6),** recommending that Petitioner's Petition be dismissed with prejudice for failure to "assert any issues cognizable in a habeas corpus proceeding." (*Id.* at p. 2). Petitioner filed timely objections to the Magistrate Judge's Report. (Doc. 9).

Having independently considered Petitioner's **PETITION (Doc. 1)** and related filings—including Petitioner's objections[1]—the Court **APPROVES** the Magistrate Judge's **REPORT AND RECOMMENDATION (Doc. 6),** and **ADOPTS** it as the Court's opinion herein.

Accordingly,

---

[1] Petitioner's objections focus primarily on whether the Magistrate Judge properly considered the *Rooker-Feldman* Doctrine in determining that "this Court . . . is unable to grant the relief sought by the plaintiff, [specifically,] compelling state judicial officers to allow the plaintiff's administrative claims to proceed," (Doc. 6 at pp. 6–7). (*See* Doc. 9 at pp. 2–4). However, even if this Court were to assume that *Rooker-Feldman* is *inapplicable* here, Petitioner has failed to explain how his habeas petition, if granted, would impact his custody status, rather than simply reinstate his administrative claims. (*See generally* Doc. 9). Accordingly, Petitioner has failed to show that habeas corpus is the proper vehicle for the relief he seeks. *See Carson v. Johnson*, 112 F.3d 818, 820–21 (5th Cir. 1997) ("If a favorable determination would not automatically entitle the prisoner to accelerated release, the proper vehicle is a § 1983 suit." (quotation marks, alterations, and citations omitted)).

**IT IS ORDERED** that Petitioner's § 2254 Petition (Doc. 1) is **DISMISSED WITH PREJUDICE** for the reasons explained in the Magistrate Judge's Report and Recommendation (Doc. 6).

Baton Rouge, Louisiana, this 4th day of December, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA