UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HAROLD JOE BLACK (#111111) | CIVIL ACTION |
| VERSUS | |
| WNC MORVANT, ET AL. | NO.: 3:13-cv-00019-BAJ-RLB |

## RULING AND ORDER

Considering Petitioner's **RULE 60(b) MOTION (Doc. 19)**, urging that the Court reconsider its prior orders denying "habeas corpus release" (*id.* at p. 2):

**IT IS ORDERED** that Petitioner's **MOTION (Doc. 19)** is **DISMISSED FOR LACK OF JURISDICTION** during the pendency of Petitioner's appeal to the U.S. Fifth Circuit Court of Appeals, (*see* Doc. 18). *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58, 103 S. Ct. 400, 402, 74 L. Ed. 2d 225 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.").

Baton Rouge, Louisiana, this 2nd day of September 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA